IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Shelby, Connie | Case Number: 08 B 02270 |
| | Judge: Hollis, Pamela S |
| Printed: 10/7/08 | Filed: 1/31/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,611.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,373.00 |
| Trustee Fee: | | 95.45 |
| Other Funds: | | 142.55 |
| Totals: | 1,611.00 | 1,611.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bennie W Fernandez | Administrative | 1,373.00 | 1,373.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 5. | Washington Mutual | Secured | 6,760.87 | 0.00 |
| 6. | Washington Mutual | Secured | 511.52 | 0.00 |
| 7. | Washington Mutual | Secured | 35,000.00 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 1,375.68 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 328.10 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 91.75 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 430.40 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Account Recovery Service | Unsecured | | No Claim Filed |
| 15. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 16. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 17. | Collection | Unsecured | | No Claim Filed |
| 18. | West Asset Management | Unsecured | | No Claim Filed |
| 19. | Credit Protection Association | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 45,871.32 | $ 1,373.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 95.45 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Shelby, Connie

Printed: 10/7/08

Case Number:  08 B 02270
Judge:  Hollis, Pamela S
Filed:  1/31/08

_____
$ 95.45

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

